UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ABU CHOWDHURY,

Defendant.

23-CR-278-NRM-1

**VERDICT SHEET**

We, the jury, find as follows:

**COUNT ONE**
(Kidnapping Conspiracy as to MUBARAK DEWAN)

Guilty ✓ Not Guilty ______

**COUNT TWO**
(Kidnapping as to MUBARAK DEWAN)

Guilty ✓ Not Guilty ______

**COUNT THREE**
(Kidnapping Conspiracy as to MAZHARUL ISLAM)

Guilty ✓ Not Guilty ______

**COUNT FOUR**
(Kidnapping as to MAZHARUL ISLAM)

Guilty ✓ Not Guilty ______

*(cont'd on next page)*

**COUNT FIVE**
(Kidnapping Conspiracy as to SHEIKH MAHODE HASAN PREO)

Guilty ✓ Not Guilty ________

**COUNT SIX**
(Kidnapping as to SHEIKH MAHODE HASAN PREO)

Guilty ✓ Not Guilty ________

**Dated:** 24 SEP, 2026
*Brooklyn, New York*

ALAN DONOVAN (#1)
JURY FOREPERSON